# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI A. RAPPOLD,<br>    Plaintiff, | :<br>:<br>: |
| v. | : CIVIL ACTION NO. 19-cv-1964 |
| ANDREW SAUL<br>Commissioner of Social Security,<br>    Defendant. | :<br>:<br>:<br>: |

## O R D E R

**AND NOW,** this 25th day of November, 2019, upon consideration of the Commissioner of Social Security's Motion to Dismiss for Failure to Prosecute, (Doc. No. 17), and Plaintiff Ms. Rappold's "Briefs" in Support of her Request for Review (Doc. Nos. 15, 17), it is

### ORDERED

As follows:

1. This action is **DISMISSED** without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

2. The Clerk of Courts shall mark this case **CLOSED** for all purposes including statistics.

                                          *s/Richard A. Lloret*
                                        RICHARD A. LLORET
                                        U.S. Magistrate Judge